

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON/GREENWOOD DIVISION

| | | |
|---|---|---|
| MARY ELIZABETH PATTERSON, | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 8:07-1602-HFF-BHH |
| | § | |
| MICHAEL J. ASTRUE, | § | |
| Commissioner of Social Security, | § | |
| Defendant. | § | |

ORDER

This is a Social Security action. The matter is before the Court for review of the Report and Recommendation (Report) of the United States Magistrate Judge suggesting that Defendant's decision be reversed and remanded under sentence four of 42 U.S.C. § 405(g) for further proceedings. The Report was made in accordance with 28 U.S.C. § 636 and Local Civil Rule 73.02 for the District of South Carolina.

The Magistrate Judge makes only a recommendation to this Court. The recommendation has no presumptive weight. The responsibility to make a final determination remains with the Court. *Mathews v. Weber*, 423 U.S. 261, 270 (1976). The Court is charged with making a de novo determination of those portions of the Report to which specific objection is made, and the Court may accept, reject, or modify, in whole or in part, the recommendation of the Magistrate Judge or recommit the matter with instructions. 28 U.S.C. § 636(b)(1).

      The Magistrate Judge filed the Report on May 16, 2008, Defendant filed his objections to the Report on June 4, 2008, and Plaintiff filed her response to Defendant's objections on July 1, 2008.  The Court has reviewed Defendant's objections but is of the opinion that the best course of action here is to adopt the Report of the Magistrate Judge and reverse and remand the case for further consideration.

      Accordingly, after a thorough review of the Report and the record in this case pursuant to the standard set forth above, the Court overrules Defendant's objections, adopts the Report, and incorporates it herein.  Therefore, it is the judgment of this Court that Defendant's decision be **REVERSED AND REMANDED** for further proceedings.

      **IT IS SO ORDERED**.

      Signed this 31st day of July, 2008, in Spartanburg, South Carolina.

                                          s/ Henry F. Floyd
                                           HENRY F. FLOYD
                                           UNITED STATES DISTRICT JUDGE